IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EURO-PRO OPERATING LLC, G.B.D. CORP., AND CROPLEY HOLDINGS LTD., <br><br><br> Plaintiffs, <br><br> v. <br> ROYAL APPLIANCE MANUFACTURING CO., D/B/A TTI FLOOR CARE NORTH AMERICA, <br><br> Defendant. | CIVIL ACTION NO. |

## COMPLAINT

Plaintiffs, Euro-Pro Operating LLC ("Euro-Pro"), G.B.D. Corp. ("G.B.D."), and Cropley Holdings Ltd. ("Cropley") (collectively "Plaintiffs"), by and through their undersigned counsel, file this Complaint against Defendant Royal Appliance Manufacturing Co., d/b/a/ TTI Floor Care North America ("Royal"), and allege as follows:

### THE PARTIES

1.   Euro-Pro is a limited liability company organized under the laws of the State of Delaware with its principal place of business located at 180 Wells Avenue, Suite 200, Newton, Massachusetts 02459.

2.   G.B.D. is a Bahamian company with its principal office at Templeton Building, Lyford Cay, West Bay Street, P.O. Box N-9204, Nassau, Bahamas.

3.   Cropley is a Bahamian company with its principal office at Templeton Building, Lyford Cay, West Bay Street, P.O. Box N-9204, Nassau, Bahamas.

4.   Royal is a corporation organized and existing under the laws of the State of Ohio with its principal place of business at 7005 Cochran Road, Glenwillow, Ohio 44139.

## JURISDICTION AND VENUE

5.   This action arises under the patent laws of the United States, Title 35 of the United States Code.

6.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338.

7.   Venue in this District is proper pursuant to 28 U.S.C. §§1391, 1400.

## INFRINGEMENT OF U.S. PATENT NO. 6,736,873

8.   Plaintiffs repeat and re-allege the allegations of the paragraphs above as if fully set forth herein.

9.   G.B.D. is the owner of U.S. Patent No. 6,736,873 (the "'873 patent"), titled "Air Flow Passage for a Vacuum Cleaner."  A copy of the '873 patent is attached hereto as Exhibit A.

10. Cropley is the exclusive licensee of G.B.D. for the '873 patent.

11. Euro-Pro is the exclusive licensee of Cropley in the United States for the '873 patent in the field of commercial and household vacuum cleaners of all types.

12. Royal has infringed, and continues to infringe, literally or under the doctrine of equivalents, the '873 patent at least by making, selling, offering to sell and/or using within the United States certain vacuum cleaners.

13. Royal's infringement of the '873 patent has caused, and continues to cause, Plaintiffs to suffer substantial damages.

14. On information and belief, Royal's infringement of the '873 Patent is deliberate and willful.

15. Royal's infringement of the '873 patent has caused, and continues to cause, Plaintiffs to suffer irreparable harm for which there is no adequate remedy at law.

**INFRINGEMENT OF U.S. PATENT NO. 7,455,708**

16. Plaintiffs repeat and re-allege the allegations of the paragraphs above as if fully set forth herein.

17. G.B.D. is the owner of U.S. Patent No. 7,455,708 (the "'708 patent"), titled "Air Flow Passage for a Vacuum Cleaner."  A copy of the '708 patent is attached hereto as Exhibit B.

18. Cropley is the exclusive licensee of G.B.D. for the '708 patent.

19. Euro-Pro is the exclusive licensee of Cropley in the United States for the '708 patent in the field of commercial and household vacuum cleaners of all types.

20. Royal has infringed, and continues to infringe, literally or under the doctrine of equivalents, the '708 patent at least by making, selling, offering to sell and/or using within the United States certain vacuum cleaners.

21. Royal's infringement of the '708 patent has caused, and continues to cause, Plaintiffs to suffer substantial damages.

22. On information and belief, Royal's infringement of the '708 Patent is deliberate and willful.

23. Royal's infringement of the '708 patent has caused, and continues to cause, Plaintiffs to suffer irreparable harm for which there is no adequate remedy at law.

## INFRINGEMENT OF U.S. PATENT NO. 7,588,616

24. Plaintiffs repeat and re-allege the allegations of the paragraphs above as if fully set forth herein.

25. G.B.D. is the owner of U.S. Patent No. 7,588,616 (the "'616 patent"), titled "Vacuum Cleaner with a Plate and an Openable Dirt Collection Chamber."  A copy of the '616 patent is attached hereto as Exhibit C.

26. Cropley is the exclusive licensee of G.B.D. for the '616 patent.

27. Euro-Pro is the exclusive licensee of Cropley in the United States for the '616 patent in the field of commercial and household vacuum cleaners of all types.

28. Royal has infringed, and continues to infringe, literally or under the doctrine of equivalents, the '616 patent at least by making, selling, offering to sell and/or using within the United States certain vacuum cleaners.

29. Royal's infringement of the '616 patent has caused, and continues to cause, Plaintiffs to suffer substantial damages.

30. On information and belief, Royal's infringement of the '616 Patent is deliberate and willful.

31. Royal's infringement of the '616 patent has caused, and continues to cause, Plaintiffs to suffer irreparable harm for which there is no adequate remedy at law.

## INFRINGEMENT OF U.S. PATENT NO. 6,874,197

32. Plaintiffs repeat and re-allege the allegations of the paragraphs above as if fully set forth herein.

33. G.B.D. is the owner of U.S. Patent No. 6,874,197 (the "'197 patent"), titled "Apparatus and Method [for] Separating Particles from a Cyclonic Fluid Flow."  A copy of the '197 patent is attached hereto as Exhibit D.

34. Cropley is the exclusive licensee of G.B.D. for the '197 patent.

35. Euro-Pro is the exclusive licensee of Cropley in the United States for the '197 patent in the field of commercial and household vacuum cleaners of all types.

36. Royal has infringed, and continues to infringe, literally or under the doctrine of equivalents, the '197 patent at least by making, selling, offering to sell and/or using within the United States certain vacuum cleaners

37. Royal's infringement of the '197 patent has caused, and continues to cause, Plaintiffs to suffer substantial damages.

38. On information and belief, Royal's infringement of the '197 Patent is deliberate and willful.

39. Royal's infringement of the '197 patent has caused, and continues to cause, Plaintiffs to suffer irreparable harm for which there is no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs request that this Court:

A.     Enter judgment that Defendant Royal Appliance Manufacturing Co., d/b/a/ TTI Floor Care North America, has infringed, literally or under the doctrine of equivalents, the '873, '708, '616, and '197 patents.

B.     Enter a preliminary and permanent injunction enjoining Defendant Royal Appliance Manufacturing Co., d/b/a/ TTI Floor Care North America, and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors,

assigns, and all those acting for it or on its behalf, or acting in concert or privity with it from committing further infringement of the '873, '708, '616, and '197 patents;

     C.     award Plaintiffs compensatory damages under 35 U.S.C. § 284;

     D.     award Plaintiffs treble damages for willful infringement pursuant to 35 U.S.C. § 284;

     E.     award Plaintiffs their reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

     F.     award Plaintiffs their costs, pre-judgment interest and post-judgment interest; and

     G.     award Plaintiffs such other relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demands a jury trial on all issues so triable.

Respectfully submitted,

                              EURO-PRO OPERATING LLC,
                              G.B.D. CORP., AND CROPLEY
                              HOLDINGS LTD.,

                              By their attorneys,

Dated: August 24, 2010          ____/s/Michael A. Albert_____
                              Michael A. Albert, BBO #558566
                              malbert@wolfgreenfield.com
                              Michael N. Rader, BBO # 646990
                              mrader@wolfgreenfield.com
                              Gerald B. Hrycyszyn, BBO# 675201
                              ghrycyszyn@wolfgreenfield.com
                              WOLF, GREENFIELD & SACKS, P.C.
                              600 Atlantic Avenue
                              Boston, MA 02210
                              (617) 646-8000